**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (NEWARK)**

| | |
|---|---|
| HAPPY PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSCOV'S DEPARTMENT STORE, LLC; BJ'S WHOLESALE CLUB, INC.; AND UNBEATABLESALE.COM, INC., <br><br> Defendants. | Civil Action No. 2:25-cv-11995-EP-JRA <br><br><br> *Document Filed Electronically* |

**ORDER GRANTING JOINT MOTION TO STAY
THE COMPLAINT AND LITIGATION**

This matter having been opened to the Court on Joint Motion to Stay the Complaint and Litigation brought by Plaintiff Happy Products, Inc. ("Plaintiff" or "HPI") and Defendants Boscov's Department Store, LLC; BJ's Wholesale Club, Inc., and Unbeatablesale.com, Inc. (collectively, "Defendants") (together "the Parties") (ECF No. 16); and the Court having considered the Joint Motion to Stay and the reasons set forth therein in support of the present application; and the Court having considered the status of these proceedings and the pleadings of record; and for other and good cause having been shown;

**IT IS** on this 14th day of August 2025:

**ORDERED** that the Joint Motion to Stay the Complaint and Litigation is hereby granted; and it is further

**ORDERED** that all further proceedings and pending deadlines, as well as claims against the Defendants are hereby stayed pending resolution of *Happy Products, Inc. v. Ontel Products Corporation et al.,* Civil Action No. 2:24-cv-09819-EP-JRA, which includes the manufacturer of

the accused products.

HON. EVELYN PADIN
United States District Judge